WILLIAM L. STORKE, *Appellant, v.* A. FAYETTE TRACEY and ELLEN S. TRACEY, *Executors, etc., Respondents.* — Judgment affirmed, with costs.

SAMUEL BONNELL, JR., *Respondent, v.* CHESTER GRISWOLD, *Appellant, Impleaded, etc.*

ELI W. BLAKE, *Respondent, v.* THE SAME. — Judgments affirmed, with costs.

FRANCIS N. FITCH, *Appellant, v.* RANSOM MONTGOMERY. — Judgment reversed, new trial granted, costs to abide event. Mem. by LEARNED, P. J.

GEORGE H. JOCKOW, *an infant, etc., Respondent, v.* SARAH M. GOULD, *Appellant.* — Judgment affirmed, with costs. Mem. by BOCKES, J.

ALICE CARTHY, *Administratrix, etc., Respondent, v.* THE VILLAGE OF WEST TROY, *Appellant.* — Judgment reversed; new trial granted; reference discharged; costs to abide event. Mem. by LEARNED, P. J.

STEPHEN O. FOLANT, *Respondent, v.* CHARLES M. PRESTON, *Appellant* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

EMMA KAY, *Appellant, v.* SARAH N. CHURCHILL and others, *Respondents.* — Order affirmed, with ten dollars costs and printing disbursements. Mem. by BOCKES, J.

WINIFRED NOLAN, *Respondent, v.* JOHN SKELLY and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements. Mem. by BOARDMAN, J.

THE MADISON UNIVERSITY, *Respondent, v.* JOHN L. WHITE and others, *Appellants.* — Order denying new trial on newly discovered evidence. Judgment affirmed, with costs.

EUGENE SALSBURY, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction affirmed.

JAMES ROBERTSON, *Respondent, v.* EDWARD S. BINK, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BOARDMAN, J.

WILLIAM GLEASON, *Supervisor, etc., Respondent, v.* WILLIAM YOUMANS, *Appellant* — Judgment affirmed, with costs. Mem. by BOARDMAN, J.; LEARNED, P. J., not acting.